FILED

1 Name: Christopher Wilson

2 Address: 644 e. Lee place

3 Azusa, CA 91702

2021 JUL -9 PM 3:02

CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: ____

4 Phone: 323-345-3984

5 Fax: _____

6 In Pro Per

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Christopher Wilson

CASE NUMBER:

LACV21-5587-RGK-RAOx

Plaintiff

Complaint

v.

St. Francis Medical Center; Et Al

Defendant(s).

( Enter document title in the space provided above)

On June 21st, 2021, Plaintiff was
hit and struck by a car while
walking on foot. The incident occured
in Watts, CA. The vehicle left the
scene and police were called. I was
transported to St. Francis Medical Center
by a family friend. She (Johanna Viscarra)
notified the E.R staff, I had
been hit and ran over by a
car bussing the front of my forehead.
The staff walked me into the hospital!
Placed a wristband on me and proceeded

Page Number

1  to sit me down in the waiting room. At this
2  point, I was left unattended. From the
3  pain, I went to sleep and I was allowed
4  to sleep for 5 hours without staff's
5  knowledge. Not once did they check to see
6  if I was okay or alive. After waking
7  up 5 hours later to no medical treatment.
8  I was irate and asked for the
9  hospitals grievance policy to several
10  nurses. At this point, security was called
11  and he proceeded to escort me out
12  of the hospital for complaining about
13  the hospitals level of competence
14  and wanting to file a complaint.
15  After 5 hours of waiting for treatment,
16  I was advised I had been called
17  and needed to exit the hospital
18  and restart the whole intake process.
19  I left and was driven to Centinela
20  Hospital in Inglewood, CA. They discovered
21  I had head and brain trauma. I
22  suffered a brain contusion from the
23  impact. This hospital (St. Francis Medical
24  Center) erred in fulfilling its right
25  to care for its patient. No evaluation
26  was conducted by them and they allege
27  I wasn't in there system when I had
28  a patient number and wristband.

x _____  _____ Date 07/09/2021
                     Page Number

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT